```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE                              FILED
 2  P O BOX 50013
    SAN JOSE, CA  95150-0013                                 OCT 1 8 2011
 3
    Telephone:  (408) 354-4413                          UNITED STATES BANKRUPTCY COURT
 4  Facsimile:  (408) 354-5513                                SAN FRANCISCO, CA

 5  Trustee for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| CLAUDIA B ROBERSON | ) Case No. 05-57891 CN |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

The final dividend to Creditor, CENTRIX FINANCIAL in the above entitled matter was returned marked:  RETN TO SENDER - NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $5,545.27 as an unclaimed dividend.

    Claim # 10001     CENTRIX FINANCIAL
                      6782 S POTOMAC ST
                      CENTENNIAL, CO  80112

Dated: October 17, 2011                    _Alexandra DeLaken for_
                                           DEVIN DERHAM-BURK, TRUSTEE

Case: 05-57891    Doc# 44    Filed: 10/18/11    Entered: 10/31/11 16:29:16    Page 1 of 2



CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
JUL 2 3 2009
Devin Derham-Burk
Trustee, Chapter 13

NIXIE          902   DE  1         00  07/10/09
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 95150001313        *2656-09277-15-39

CENTRIX FINANCIAL
6782 S POTOMAC ST
CENTENNIAL CO 80112

Case: 05-57891   Doc# 44   Filed: 10/18/11   Entered: 10/31/11 16:29:16   Page 2 of 2